# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY WHITE,** | : | **CIVIL ACTION NO. 1:07-CV-0951** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **PROBATION OFFICE**, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 19th day of June, 2007, upon consideration of *pro se* plaintiff's motion to show wrongful arrest and false imprisonment (Doc. 8), and it appearing that the motion merely seeks relief for the violations alleged in the complaint (Doc. 1), it is hereby ORDERED that the motion to show wrongful arrest and false imprisonment (Doc. 8) is DENIED.[1]

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The above-captioned action will proceed on the basis on plaintiff's complaint (Doc. 1).