# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY WHITE**, | : CIVIL ACTION NO. 1:07-CV-0951 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **PROBATION OFFICE**, *et al.*, | : |
| Defendants | : |

## ORDER

AND NOW, this 4th day of March, 2008, upon consideration of *pro se* plaintiff's motion (Doc. 40) to compel discovery, and it appearing that the order of court (Doc. 39) dated February 25, 2008 stayed discovery pending disposition of defendants' motion to dismiss (Doc. 23), which, if granted, will entirely dispose of plaintiff's claims, and it further appearing that plaintiff will have opportunity to request discovery in the event that the motion to dismiss is denied (see Doc. 39 ¶ 3 (stating that a revised discovery schedule shall issue if the motion to dismiss is denied)), it is hereby ORDERED that the motion (Doc. 40) to compel discovery is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge