IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY WHITE**, | : | CIVIL ACTION NO. 1:07-CV-0951 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **PROBATION OFFICE**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 2nd day of September, 2008, upon consideration of *pro se* plaintiff's motion (Doc. 46), for appointment of counsel to assist plaintiff in litigating the above-captioned case, and it appearing that resolution of plaintiff's claim under 42 U.S.C. § 1983 neither implicates complex legal or factual issues nor requires significant factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to a request for counsel), it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 46) for appointment of counsel is DENIED. See Parham v. Johnson, 126 F.3d 454, 456-57 (3d Cir. 1997) (holding that prisoners have no constitutional rights to appointment of counsel in a civil case).

2. Should further proceedings demonstrate the need for counsel, the matter may be reconsidered either *sua sponte* or upon a motion by plaintiff. See Tabron, 6 F.3d at 156.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge