IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY WHITE**, | : CIVIL ACTION NO. 1:07-CV-0951 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **PROBATION OFFICE**, *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 9th day of December, 2008, upon consideration of *pro se* plaintiff's motion (Doc. 59) for indefinite leave, filed on November 4, 2008 and it appearing that, as of the date of this order plaintiff has not filed a brief in support thereof, see L.R. 7.5 (requiring that "[w]ithin ten (10) days after the filing of any motion . . . , the party filing the same shall file a brief in support of the motion"), it is hereby ORDERED that the motion (Doc. 58) is DEEMED withdrawn without prejudice to plaintiff's right to refile it in a manner that complies with the Local Rules of Court. See id. ("Unless otherwise ordered by the court, if supporting legal briefs are not filed within the time provided in this rule such motion shall be deemed to be withdrawn."); McNeil v. United States, 508 U.S. 106, 113 (1996) ("[W]e have never suggested that procedural rules in ordinary civil litigation should be interpreted to as to excuse mistakes by those who proceed without counsel.").

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge